UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT


No. 06-6732


WILLIE F. PARSON, III,

Plaintiff - Appellant,

versus

CECIL LLOYD; A. J. TOMLINSON,

Defendants - Appellees.


Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (1:05-cv-01212-LMB)


Submitted: February 21, 2007        Decided: March 14, 2007


Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.


Affirmed by unpublished per curiam opinion.


Willie F. Parson, III, Appellant Pro Se.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie F. Parson, III, appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Parson v. Lloyd, No. 1:05-cv-01212-LMB (E.D. Va. filed Feb. 13, 2006 & entered Feb. 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED